IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TILLMAN, | No. C 11-0881 WHA (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| vs. | |
| BOARD OF PRISON TERMS, | |
| Respondent. | (Docket No. 5) |

Petitioner, a California prisoner proceeding pro se, has filed a habeas petition pursuant to 28 U.S.C. 2254 challenging his continued detention in state prison. Petitioner is incarcerated at Old Folsom State Prison in Represa, California, and he was convicted in Sacramento County Superior Court. Venue for a habeas action is proper in either the district of confinement or the district of conviction. 28 U.S.C. 2241(d). Represa and Sacramento are within the venue of the United States District Court for the Eastern District of California. 28 U.S.C. 84. Because petitioner was convicted and is incarcerated in the Eastern District, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(-a); Habeas L.R. 2254-3(b). Ruling on the application to proceed in forma pauperis (docket number 5) will be deferred to the Eastern District.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: Mach   22  , 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\TILLMAN0881.TRN.wpd