IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY B. TILLMAN,

      Petitioner,                    No. 2:11-cv-0816 KJN P

    vs.

BOARD OF PRISON TERMS,

      Respondent.                ORDER

_____/

        Petitioner is a state prisoner proceeding without counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On April 7, 2011, petitioner filed a completed consent to proceed before the undersigned.  By order filed April 18, 2011, petitioner's amended application was dismissed and thirty days leave to file a second amended application was granted.  The thirty day period has now expired, and petitioner has not filed a second amended application or otherwise responded to the court's order.

////

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED this action is dismissed without
2  prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b). The court declines to issue the certificate
3  of appealability referenced in 28 U.S.C. § 2253.
4  DATED: May 24, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

till0816.fta